The JOHN W. HIGMAN & CO., Inc., Libelant-Appellee, v. THE Steamship WILLOWPOOL, Her Engines, etc., The Pool Shipping Co., Ltd., Respondent-Appellant. Sir R. Ropner & Co., Ltd., Respondent-Appellee. Michael F. Whalen, James A. Carney, and Kidder, Peabody & Company, Stipulators-Appellants.

No. 90.

Circuit Court of Appeals, Second Circuit.

Nov. 30, 1936.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (L. deGrove Potter, Michael F. Whalen, and Joseph Whelan, all of New York City, of counsel), for appellant Pool Shipping Co.

*Writ of certiorari denied 57 S. Ct. 511, 81 L. Ed. ——.

1003

Hill & Rivkins, of New York City (Robert E. Hill and Barton P. Ferris, both of New York City, of counsel), for appellees.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree (12 F.Supp. 96), affirmed.